FILED

10/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0006



**IN THE SUPREME COURT OF THE STATE OF MONTANA**

PR 24-0006

FILED

OCT - 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF ADAM TAUB FOR
ADMISSION TO THE BAR OF THE STATE OF
MONTANA

O R D E R

Adam Taub has filed a motion for admission to the Bar of the State of Montana pursuant to Rule III of the Rules for Admission, upon examination. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that Taub passed the July 2024 Bar Examination and that the Commission on Character and Fitness has certified that Taub has satisfied the requirements prerequisite to admission. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Adam Taub may be sworn in to the practice of law in the State of Montana. Arrangements for swearing in may be made by contacting the office of the Clerk of the Montana Supreme Court.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 1st day of October, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices